IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:25MJ363 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ENTRY OF APPEARANCE** |
| CARLOS HUMBERTO BARRIOS PEREZ, | ) ) ) ) | |
| Defendant. | | |

Yvonne Sosa hereby enters her appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 12th day of June, 2025.

                                                           Respectfully submitted,

                                                           Carlos Humberto Barrios Perez, Defendant,

                                                           By /s/ Yvonne Sosa
                                                                Yvonne Sosa
                                                                Attorney for Defendant
                                                                222 South 15th Street, #300N
                                                                Omaha, NE 68102
                                                                Telephone: (402) 221-7896
                                                                Fax: (402) 221-7884
                                                                E-Mail: yvonne_sosa@fd.org